**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2099**

---

ROBERT L. PEELER, SR.,

Plaintiff - Appellant,

versus

HENRY M. HERLONG, JR.,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Anderson.  G. Ross Anderson, Jr., District Judge.  (CA-98-1123)

---

Submitted:  October 8, 1998          Decided:  October 22, 1998

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert L. Peeler, Sr., Appellant Pro Se.  James D. McCoy, III, OF-FICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert L. Peeler, Sr., appeals from the district court's order dismissing his civil action against the district court judge who presided over his criminal trial. Our review of the record and the district court's opinion adopting the recommendation of the magistrate judge discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Peeler v. Herlong</u>, No. CA-98-1123 (D.S.C. July 10, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

<u>AFFIRMED</u>